# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 12-1337　　　　　　　　　　　　　　September Term, 2012
FILED ON: MAY 28, 2013

COMCAST CABLE COMMUNICATIONS, LLC,
　　　　PETITIONER

v.

FEDERAL COMMUNICATIONS COMMISSION AND UNITED STATES OF AMERICA,
　　　　RESPONDENTS

THE TENNIS CHANNEL, INC.,
　　　　INTERVENOR

On Petition for Review of an Order of
the Federal Communications Commission

Before: KAVANAUGH, *Circuit Judge*, and EDWARDS and WILLIAMS, *Senior Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the petition for review of an order of the Federal Communications Commission and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review is granted, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/

　　　　　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: May 28, 2013

Opinion for the court filed by Senior Circuit Judge Williams.
Concurring opinion filed by Circuit Judge Kavanaugh.
Concurring opinion filed by Senior Circuit Judge Edwards.