# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 12-1337 | September Term, 2012 |
| | FCC-10-204 |

**Filed On:** July 23, 2013

Comcast Cable Communications, LLC,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

The Tennis Channel, Inc.,
    Intervenor

## O R D E R

Upon consideration of the petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that, within 15 days of the date of this order, petitioner file a response to the petition for rehearing en banc, not to exceed 15 pages. Absent further order of the court, the court will not accept a reply to the response.

    FOR THE COURT:
    Mark J. Langer, Clerk

    BY:  /s/
           Jennifer M. Clark
           Deputy Clerk